UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW J. CARINI,

    Plaintiff,

v.                                       CASE NUMBER:

UNITED STATES OF AMERICA,

    Defendant.
_____/

## COMPLAINT

Plaintiff ANDREW J. CARINI sues the Defendant UNITED STATES OF AMERICA for damages and alleges:

### PARTIES

1. At all times material hereto, Plaintiff was and is a citizen of the United States.

2. Defendant UNITED STATES OF AMERICA is a sovereign acting through its employees and agents of the USDA FARM SERVICE AGENCY.

### JURISDICTION

3. This is a civil action for damages brought pursuant to 28 U.S.C. Sec. 2671, et. seq., The Federal Tort Claims Act. This is the exclusive action for remedies against the federal government.

4. Plaintiff seeks damages in excess of $75,000.00, exclusive of interest, costs and attorney's fees.

5.	The Court has jurisdiction over the parties and the subject matter of this action.

## VENUE

6.	This Court is a proper venue for the case as Plaintiff is a resident of the State of Florida, and all of the acts material to this cause of action occurred in Hillsborough County, Florida.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

7.	Plaintiff timely submitted a Claim Form (Form 95) to the appropriate agency of the UNITED STATES on or about October 27, 2011. The UNITED STATES failed to respond to the claim within the one hundred eighty (180) day requirement.

## COUNT I
### (Motor Vehicle Negligence)

Plaintiff realleges the allegations contained in Paragraphs 1 through 7 as if set forth more fully hereinbelow.

8.	On or about March 3, 2011, Casey Alford, an employee of the USDA Farm Service Agency, operated a motor vehicle in the course and scope of her employment, at Interstate 4 near the 22nd Street exit in Tampa, Hillsborough County, Florida.

9.	At that time and place, Casey Alford negligently operated her motor vehicle so that it collided with Plaintiff's vehicle, which was stopped for traffic.

10.	As a direct and proximate result of the negligence of Casey Alford, Plaintiff suffered bodily injury, and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and

aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

11. As a direct and proximate result of the negligence of Casey Alford, Plaintiff's automobile was damaged and he lost the use of it during the period required for its repair or replacement.

12. Defendant UNITED STATES is liable for the negligence of its employee, Casey Alford, for her acts committed within the course and scope of her employment.

WHEREFORE Plaintiff demands judgment against the Defendant for damages, together with the costs of this action.

_____
MATTHEW S. MUDANO, ESQUIRE
Florida Bar Number: 380466
MMudano@ogdensullivan.com
OGDEN & SULLIVAN, P.A.
113 South Armenia Avenue
Tampa, FL 33609-3307
(813) 223-5111
(813) 229-2336 Facsimile

And

SAMUEL MEHRING, ESQ.
Florida Bar Number: 441767
sammehringatty@aol.com
3712 W. Azeele Street
Tampa, Florida 33609-2808
(813) 877-5297
(813) 872-7203 Facsimile
Attorneys for Plaintiff