UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREW J. CARINI,

    Plaintiff,

v.   CASE NO. 8:12-cv-1036-T-23TBM

UNITED STATES OF AMERICA,

    Defendant.
_____/

**ORDER**

The mediator announces a settlement. Pursuant to Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause.

The clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on June 6, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE